FILED
JUN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Roger Jackman No 10507-
on behalf of        FCI-EOI
Registered Sex offenders    PO B 898801
of America,         Oklahoma, OK 73189
Incarcerated Sex Offenders
of America,
and Victims of Sex Offenders,
Violent criminals, and by
physical abusers
        Plaintiffs
        Vs
United States of America
        Defendants

Class Action
Number

Case: 1:07-cv-01103
Assigned To: Unassigned
Assign. Date: 06/19/2007
Description: Pro Se Gen.

## Complaint

A) 1. We the plaintiffs, ARE citizens of the United States of America. As such citizens we are entitled to the freedoms, immunities and protections of citizens of the United States of America, as well as all other privilages, liberties and freedoms; supposedly guarenteed by the Constitution of the United States of America, which was founded to prevent the abuse and persecutions of those individuals who; in such persecutions fled from their homes and families to be free off the unrightous abuse and punishment heaped upon them from and by their peers.

2. And, this country, being formed and dedicated to God, who by their own words and scripture is a loving, kind, forgiving and understanding God whom is concerned with the growth and suffering of his people, and who tells his people to help and assist our fellow man, to "love thy neighbor as thyself", to give freely of all you have to those less fortunate and in need. And, a God who tells us "judge not, lest ye be judged" and "he who is without sin cast the first stone."

3. We, the plaintiffs, have been denied ever our basic protected Constitutional rights and basic liberties in varying and increasingly larger and more frequent incidences.

RECEIVED
MAY 2nd 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

4. And yet, no efforts have been made by these "people of God" to help or assist us in our, the plaintiffs times of trouble and need, nor to understand the cause of and cure for what ailiment befalls us; offer no love, kindness, compassion or forgiveness while billions of dollars are being spent for needless programs and useless things; while our pain and suffering causes us to intentionally or unintentionally hurt and abuse ourselves and those smaller and weaker than us while we ourselves are the focus of untold abuse and treatment by the citizens, leaders and lawmakers, and people of authority of the United States of America.

5. That we the plaintiffs ourselves have been subject to hate crimes and unjust treatment; bigotry, prejudice, persecution, oppression; to abuse and harassment: mental, physical, emotional and sexual; discrimination of all kinds, including: differential and individual; bias: actual, implied and judicial; and if our actual issue *is* genetic; racism.

6. These abuses some of which when perpetrated by us, we were arrested tried and punished in the courts of America.

7. That, we plaintiffs have been beleagered by citizens, and lawmakers with malicious intent, with desires to shackle us with judgements, penalties, and excessive sentences not placed on any other peoples, race, individuals, criminals or animals; while these citizens, and lawmakers and others actions are "protected" under "immunity" of responsibility for the pain and destruction caused by their "good works."

8. That, these actions; being lauded and encouraged and welcomed by our leaders, lawmakers, law enforcement, and citizens; which have been enacted in vengence, bad faith, maliciously and wrongfully instigated; civilly, ethically, and morally; without regard for justice or truth, fairness and equality, and constitutionality, resulting in a continuing wrong against us.

9. That, the plaintiffs have experienced all or in part, one or many of the following sufferages and abuses:

(2)

10. Arson, assault, assault & battery, murder, attempted murder, rape, attempted rape, sexual harassment, sexual assault, breaking and entering, destruction of personal and private property, manslaughter, after plot manslaughter, theft, larsony, trespassing, vandalism, physical and verbal abuse;

11. As well as:
conspiracies, entrapment, deliberate indifference, deliberate indifference to future harm, denial and deprevation of equal rights and protection under the law, rights ob fair housing, liberty, freedoms and recreations, participation in standard and family encounters, denial of access to public buildings, recreations and venues, protection, undue hazzards and hardships, humiliations, safety violations, reckless endangerment and constitutional losses as freedoms and voteing

12. That, only we plaintiffs have been placed in such a police state, dictating when we can leave our homes, where we can go, where we work, whom we see, what we can eat and drink, where we can live, wether or not we can marry or reproduce; must all of these things not required for anyone else, including those whom are mentally deficient, and with some criminals who do experience some of these things for brief periods of time, but not as us: for LIFE.

13. That, we are being overly discriminated against, have faced being extorted by judges, law enforcement, and public officials; marked, tagged, tracked, and displayed to the WORLD like animals, and we have been ejected from our homes and family, to live in the streets like vagrants and rats.

14. That, these acts being unjustified and becoming greater and more gross, heinous, and cruel; punishments for those of our orientation or disability, and through acts of domestic terrorism which pushus; be our issue genetic, psychological, or cultural to the point of genocide; actions which according to the laws of the United States of America, the Human Rights convention and the United Nations are deemed immoral and illegal and prosecutable in world court;

15. These <u>treatments</u> being of such cataclysmic proportions in which they may soon equal to (minus the ovens?) and verily may compared to the abuse and treatment of the holocaust and persecutions of the Nazis, and their numbers exceed Saddam Hussein, who for his actions was tried in court and hanged.

16. And, under threat of placement in facilities for life in an abusive system, will be comparative to Japanese Internment camps, Indian replacement and treatment on reservations, and the destruction of a peoples as did the conquistadors forcing christianity on the Mayans;

17. And, treatment comparative to the lynchings, witch trials, crusades, and "Spanish Inquisition". These treatments becoming more <u>shocking</u> to the concious, and such a travesty of so called Justice. And, if done to <u>animals</u> would be considered illegal and prosecutable under the law. This treatment jointly at the same time <u>Unprecidented</u> in American History, and a complete violation of Basic Human and Civil Rights.

18. These laws enacted under the same accordance and intent to the Jim Crow laws; unconstitutional and inhumane as to belie comparative treatment <u>deemed illegal by the Geneva Convention</u>; giving oppressors of American Rights, who are captured in war times or times of peace, more rights and privilages than we plaintiffs now do recieve.

19. These actions which strip us; whos actions and feelings; which at legnth can go beyond our control due to pressures upon us. Actions, feelings, and emotions which are dictated by both natural causes and psychological manifestations which can in times of stress overwhelm us in our basic needs and desires; those desires legally afforded to others in rights and priv- elages, some who do push us to the brink of frenzy by their continual prodding and encouraging of our behavior by: law enforcement, press and private individuals, constituting entrapment (which is illegal) and such encouragement and prodding possibly resulting in the harm, abuse rape or death of other adults teens or children.

20. Furthermore, through the lies, illegal entrapment, harrassment and beleagerment; the false arrests, false accusations which done to others is slander, libel and defemation of character; this treatment by individuals;

as well as all forms of media; even for those merely accused, wrongfully investigated, illegally searched and unrelated property seized and never returned, wrongly prosecuted by law enforcement with extreme bias, prejudice, and partiality; under color of law and protection by immunity for their actions.

21. This treatment falling also upon those who are accused and innocent yet due to prejudice, vengence, anger, and bias; including those then found innocent; and those tried and convicted wrongly, serving long sentences of harsh treatment of abuse, rape and torture, in a system with no concern for their safety and well being.

22. Then, if later found innocent by appeal, new proof or scientific means; even with proof of innocence are still abused and mistreated with perpetration of hate crimes and other abuses, causing them to be forced to flee their homes, property and places of employment.

23. And, including instances where these innocents, including we the plaintiffs, due to factors beyond our control, with view of our pasts and due to inexperienced or unqualified defenders, and/or due to zealous prosecutors and legal defenders (causing ineffective assistance of counsel) and investigators, whos bias and prejudice cause malicious prosecution to fall upon we the accused; where by the truth is denied or abused;

24. And we the plaintiffs and those who have done no wrong to the people of the United States of America; due to whatever reason are tried, found guilty and sentenced, are forced to pay such an outragous price for our "debt" to society; that it cannot and will not ever be repaid.

25. Let it also be known, we who are tried and sentenced by judge and juror according to the prescription and laws of the land, are forced to face continuing and further abuse, treatments and punishments with no relief; while incarcerated as meted out by inmates and prison and jail staff; these abuses, treatments, and punishments being excessive and out of proportion to the crime,

26. And, by whos action and/or inaction - this being negligence - cause or allow this treatment; unwarrented (this word of course being subjective) and thusly unneccessary and therefore excessive - thus cruel and unusual punishment and torture.

27. This action of offensive bodily contact and in some cases evolving to literal torture; should make this treatment "shocking to the conscious" by any standard of any "reasonable" person; a violation of an inmates civil rights and against the Human Rights Convention, unethical and immoral.

28. For, these leaders, lawmakers, and policy makers; who know of this issue, yet refuse to do anything to stop or prevent it, nor make any effort to create a place of reasonable safety for the plaintiffs, even under the guise of responsonate superior; the actions of the inmates and staff falls upon their shoulders, for failure to protect by allowing the incidences to occure.

29. And, while in the "care, protection and keep" of prison and jail officials, due to deliberate indifference and negligence have created hazardous conditions and situations of endangerment, denying us equal protection and treatment, while we are subjected to abuse, torture, extortion and unsanitary conditions; part of which is being assaulted and exposed to various bodily fluids and waste (both human and animal) such as: saliva, semen, fecies, and urine.

30. And, jail and prison officials having knowledge of our treatment and our vulnerability as being unwanted by other inmates and staff, and due to their sheer numbers have made us weak, submissive and helpless while we are forced into acts of manual labor, physically sold into slavery while being sexually harassed and assaulted; endured mental, emotional, physical and psychological abuse, forced transgendered, raped and forced to perform and be subjected to acts of sodomy; the very types of which, some of us have been locked up for and punished because of.

31. And, while in prison; there has been a complete loss of prisioner rights, including: improper classification, reckless endangerment, refusal and denial of protection and protective custody; even when we are supposed to be in protective custody.

32. And, telling the plaintiffs to lie or "suggest" they don't reveal their charges and then offer no backup support of the lies or stories created, while staff conspires with inmates to cause bodily harm and remove us by threat or through other forms of abuse, from the general population area of the prison; when hiding our charges denies us access to much needed treatment and rehabilitation; moving us to restricted quarters such as "Special Housing Units" is again a loss of and denial of our rights and liberties; those enjoyed freely by those who oppress us. As well we experience a loss and or denial of differing extremes to standard medical, dental, vision and psychological treatment and rehabilitation programs, education, entertainment, religious services, physical activity, reduced visits and contact with our family, and friends.

33. Also, by subjecting us to protective custody violations, while housing us with people in the Special Housing Units who are there for; murder, assault, etc; crimes committed in the prison facility, and using homemade weapons (ie knives, luckinersocks, lock-on-a-belt, riot oil etc)

34. And, both in and out of the Special Housing Units, we have been unable, due to threat of harm or death, to be allowed reasonable privacy or security due to our crime and situation and/or lack of reasonablely safe facilities, to prepare legal work or defense and having no security, having lack of meanful programs and rehabilitation; partially due to the lack of facilities and man power; most of us are not recieving any programs, rehabilitation or assistance to integrate back into society thus in essence putting us back out onto the streets the same or in worse condition as when we came in. Thus putting ourselves, the public and the children of the United States of America in danger.

35. And, due to new legislation, with the negation of good time credit, which other repeat offenders get is denied through discrimination and thus and as well, violations of the ex post facto clause also is a violation and denial of our rights.

36. Finally, upon release; we have been subject to excessive punishments and requirements, these specifically targeting sex offenders only, while those who beat, abandon, drug, children; those who are murderers, thieves etc walk around and move from place to place with complete

impunity from place to place, while their actions cause the same if not worse damage, abuse, imparement and death of children and adults of the United States of America. Those actions not requiring tracking, registries or any of the other 20+ punishments and requirements; we the plaintiffs have placed upon us.

37. Meanwhile, sex offenses being one of the lowest of major crimes next to murder, let alone those crimes which totals are significantly higher than ours, for drugdealers, theives, "deadbeat dads", alcoholics, DUI's, murderers and physically abusive parents who chain their children up in basements or in cages none of these which has GPS + 15+ other such requirements as sex offenders.

38. Nor are their GPS or world wide registry data bases online for those who have or transmit HIV/AIDS, HepC, sexually transmitted diseases, arsonist, committers of fraud, doctors charged with malpractice or infractions, kidnapers, terrorists, abortionists etc etc etc... whom all represent a danger to the citizens and children of the United States of America and whos information the public has "the right to know."

B) 39. And, on behalf of all the victims of sex offenses and physical abuse, whos needs mentally, physically, emotionally and socially, have been repeatedly ignored and brushed aside while the vindictive legislation has been created and passed with no thought or care to the psychological and physical trauma caused us as a result of such legislation.

40. Whether the harm comes as attacks, molestations, rapes, or physical abuses caused by the passing of such legislation or whether the attacks either physical, sexual, mental, or emotional would have happened regardless;

41. Yet due to the ignoring of the psychological needs of both the victims and their abusers, even as legislation is passed, no monies have been set aside or allocated for the physical or psychological repair caused by such damage caused to us;

(8)

42. And, no monies have been set aside or allocated to find a cure or help for those who abuse, so that they abuse again and again;

43. And, while no legislation is made to stop, expose or cure those whom have been arrested and/or convicted of physical and psychological abuse which is every bit as devistating as sexual abuse and other types of abuse.

44. And, that no legislation or monies has been set aside, used, or allocated to stop, expose, or cure those who have been arrested and/or convicted of violent crimes or murder.

45. And, that no legislation or monies has been set aside, used, or allocated to stop, expose, or cure those who are mentally and emotionally disturbed.

46. AND, that the government of the United States of America and its states and their governments who have done nothing mentally, physically, psychologically, or socially to assist, cure, or alter any of the above said, while those whom have been caught before were in their care and keep; while in prisons and jails anywhere in the United States of America for however long of a time they were incarcerated, thus upon release, again caused abuses to their victims and others.

47. AND SO, I Roger Jackman, - a plaintiff, do sue on behalf of the abused and the abusers whos needs and challanges of recovery have been ignored, as I am both a victim and an abuser, who has seen the lacks, discriminations, and wants; created and brushed over by those who create and pass legislation, led only by their prejudices, arrogance, vindictiveness, and hypocracy; while they ignore the needs and causations of both the victims and the abusers; while their actions are supported by the governments of America who also overlook the needs of it people and charges.

48. And, that the monies awarded the plaintiffs be set aside in a trust fund and awarded by individuals chosen for their honor and

integrity by the peoples of the United States of America (not its government) to award the sums as a quorum as victims and abusers come forth and are identified through case law and by testimony of abusers and abused both in court and by legal means.

49. THEREFORE, on behalf of all the plaintiffs, I do sue the United States of America for $500,000 (five hundred thousand dollars) apeice for each victim and abuser.

50. I also do sue for, on behalf of the registered sex offenders an additional $500,000 (five hundred thousand dollars) apeice for those who have experienced abuse themselves at the hands of others due to the lack of protection, care, and consideration while held by the governments of America in prisons and/or jails, or, due to abuse caused by their being identified and harassed or abused due to state and national requirements made upon them thinly disguised as the "publics need to know"; these being web data bases, signs, letters of notice, TV, news circulars, and employees of these governments and while in those governments custody;

51. And in the case of death or incapacitation, the award being given to their families or guardians of both the victims and offenders, those who do not claim or refuse award going into a fund to assist the assistance of recovery for both the victims and the offenders.

52. And, that intervention hotlines and assistance groups be created and formed for all plaintiffs, organizations and foundations be created for the finding, applying and curing of pedophiles, offenders and their victims and families.

53. Also, I do sue for legal court, lawyer fees and out of pocket expenses

54. And, that all abusers, offenders and law breakers fall under the same punishments as offenders or that sex offenders be released

from the abuses only they suffer in the name of the law and "justice".

55. And that actual programs be created to assist those convicted of crimes, and ways and means found to identify those truly innocent so as not to be subjected to the abuse of trial, and actual rehabilitation, if desired, be offered to those in prison who want to change, and upon completion and satisfaction of compliance, these individuals recieve an expungement of the crime they were incarcerated for.

56. And I Roger Jackman, do forgo any awards; instead that I recieve 1% of all moneys awarded as payment.

I do certify under the penalty of perjury the above is true and correct to the best of my knowledge and ability.

4-22-07

*Roger Jackman* (signature)

No 10507-081
PRO-SE
FCI JESUP

## I (a) PLAINTIFFS

ROGER JACKMAN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

## DEFENDANTS

USA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 10507-061

Case: 1:07-cv-0110[?]
Assigned To : Unassigned
Assign. Date : 06/19/2007
Description: Pro Se Gen.

CASE RE-ASSIGNED
SEP 11 2007
TO: ROBERTS, J. RWR

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other)   OR   ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 6/19/07   SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



N:\forms\js-44.wpd