UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER JACKMAN              )
                           )
    Plaintiff              )
                           )      Civil Action No. 07-1103 RWR
         v                 )
UNITED STATES OF AMERICA   )

REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on September 11, 2007 from Unassigned (9098)

to Judge Roberts because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK


By: La Tanau Scott
    Deputy Clerk

CC:   Judge Roberts
& Courtroom Deputy